JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Big Washington, LLC, | Case No. 2:23-cv-06099-RGK-JPRx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| Matthew Hintze, et al., | |
| Defendant(s). | |

On November 3, 203, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [25] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. To date, Plaintiff has failed to file any proof of timely service or response to the OSC. The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: November 13, 2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE